```
        UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 12468
   GLENN E GILCREASE
                                                CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

        Debtor
   SSN XXX-XX-9676


------------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 04/04/05 and confirmed on 07/22/05.

     2.  The case was converted to Chapter 7 after confirmation, 06/06/2008.

     3.  The Debtor paid a total of $  25514.00 .

     4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CAPITAL ONE AUTO FINANCE | UNSECURED | 10005.14 | .00 | .00 |
| CAPITAL ONE AUTO FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| WELLS FARGO FINANCIAL AC | SECURED | 9800.00 | 816.06 | 9800.00 |
| ILLINOIS DEPT REVENUE | PRIORITY | 1202.95 | .00 | 438.24 |
| INTERNAL REVENUE SERVICE | PRIORITY | 27439.75 | .00 | 9996.16 |
| ILLINOIS DEPT REVENUE | UNSECURED | 254.75 | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 4066.64 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 467.44 | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CONCORD SERVICING CORP | UNSECURED | NOT FILED | .00 | .00 |
| FINGERHUT CREDIT ADVANTA | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 714.85 | .00 | .00 |
| STERLING JEWELERS | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1253.54 | .00 | .00 |
| WORLD FINANCIAL NETWORK | UNSECURED | 423.60 | .00 | .00 |
| NCO FINANCIAL SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| NORTHWEST COLLECTORS | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 433.41 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 239.35 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | SECURED | 740.00 | .00 | 740.00 |
| WELLS FARGO FINANCIAL AC | UNSECURED | 5587.22 | .00 | .00 |
| STERLING INC | UNSECURED | 2532.13 | .00 | .00 |

```
                Summary of disbursements:
------------------------------------------------------------------------------
               SECURED      PRIORITY     UNSECURED      OTHER         TOTAL
```

```
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED      10540.00       28642.70       25978.07            .00      65160.77
PRINCIPAL PAID          10540.00       10434.40            .00            .00      20974.40
INTEREST PAID             816.06            .00            .00            .00        816.06
TOTAL PAID              11356.06       10434.40            .00            .00      21790.46
```
The Debtor's attorney, FOX VALLEY LEGAL GROUP         , was allowed $  2925.00
and was paid $    300.00   direct and $   2625.00   through the plan.

The Trustee received $   1098.54 .

Refunds to the Debtor totaled $         .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


       Dated: 09/11/08                    /S/
                                       GLENN STEARNS
                                       CHAPTER 13 TRUSTEE




                              PAGE   2
          CASE NO. 05 B 12468 GLENN E GILCREASE